UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; CYANIDE PUBLISHING; MOEBETOBLAME MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; SONGS OF UNIVERSAL, INC.; and ESCATAWPA SONGS,<br><br>Plaintiffs<br><br>v.<br><br>DONALD W. KAMINSKI, JR. d/b/a RADIO STATION KHWK-FM,<br><br>Defendants. | Case No. 2:11-cv-1270-LRH-PAL<br><br>**ORDER OF JUDGMENT** |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendant Donald W. Kaminski, Jr. is granted, this Court finding that Defendant knowingly and intentionally infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendant Donald W. Kaminski, Jr. statutory damages in the amount of $5,000 for each of the four (4) musical compositions, for a total of $20,000, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendant Donald W. Kaminski, Jr. full costs in this action, including reasonable attorney's fees in the amount of $1,334.86 , pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendant Donald W. Kaminski, Jr. interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendant Donald W. Kaminski, Jr. and his agents, servants, employees and all persons acting under his permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: this 31st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

. . . .

. . . .

. . . .