# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Broadcast Music Inc et al

Plaintiffs,

V.

Donald W. Kaminski Jr dba/Radio Station KHWK-FM

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-1270 LRH-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' Motion for Default Judgment is GRANTED.  Plaintiffs shall recover from Defendant Donald W. Kaminski Jr. statutory damages in the amount of $5,000 for each of the four (4) musical compositions, for a total of $20,000 pursuant to 17 USC Section 504(c)(1).  Plaintiff shall recover from Defendant Donald W. Kaminski Jr. full costs in this action, including reasonable attorney's fees in the amount of $1,334.86 pursuant to 17 USC Section 505. Plaintiffs shall recover from Defendant Donald W. Kaminski Jr. interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 USC Section 1961. Defendant Donald W. Kaminski Jr. and his agents, servants, employees and all persons acting under his permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music Inc.

May 31, 2012
Date

/s/ Lance S. Wilson
Clerk

/s/ Eileen Sterba
(By) Deputy Clerk